IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BIBBI STOKES

V.

JEFFERSON HEALTH

CIVIL ACTION NO. 23-1177

## O R D E R

**AND NOW,** this 16th day of January 2025, it having been reported that the issues between the parties in the above action have been settled pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

George Wylesol
Clerk of Court

By:   s/ Joseph Walton
      *Deputy Clerk*

Civ. 2 41.1(b) (3/18)